1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  DAVID A. CARRASCO
   Supervising Deputy Attorney General
5  MEGAN R. O'CARROLL, State Bar No. 215479
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-5288
8   Fax: (916) 324-5205

9  Attorneys for Defendants Avery, Cantu, Orr, Stetina and Whisler
   SA2006300595

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JEFFREY HORSTMAN,**                    2:04-CV-1644 GEB DAD P

                    Plaintiff,           **ORDER**

     v.

**J. CANTU, et al.,**

                    Defendants.
_____/

The court finds that there is good cause to grant Defendants' April 3, 2006 request for an extension of time to respond to Plaintiff's Complaint.

Accordingly, Defendants are granted a period of thirty days, to and including May 3, 2006, to file and serve a responsive pleading.

**IT IS SO ORDERED.**

DATED: April 4, 2006.

/hors1644.eotresp

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE