BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205

Attorneys for Defendants Avery, Cantu, Orr, Stetina and Whisler
SA2006300595

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY HORSTMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**J. CANTU, et al.,**<br><br>Defendants. | 2:04-CV-1644 GEB DAD P<br><br>**ORDER** |

The court finds there is good cause to grant Defendants' second request for an extension of time to respond to Plaintiff's Complaint.

Accordingly, Defendants' June 5, 2006 request is granted and Defendants are granted two weeks, to and including June 19, 2006, to file and serve a responsive pleading.

**IT IS SO ORDERED.**

DATED: June 7, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/hors1644.eotresp2