IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY HORSTMAN,

     Plaintiff,                    2:04-cv-1644-GEB-DAD-P

  vs.

J. CANTU, et al.,

     Defendants.          <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 20, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations, and defendants Cantu, Avery, Stetina, and Orr have filed an answer to plaintiff's amended complaint.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 20, 2006, are adopted in full;

2. Defendants' June 19, 2006 motion to dismiss is denied as to defendant Orr and granted as to defendants Borges, Demateo, Penner, Whisler, and Flohr; and

3. Plaintiff's claims against defendants Borges, Demateo, Penner, Whisler, and Flohr are dismissed without prejudice for failure to exhaust available administrative remedies on those claims before bringing this action.

Dated: January 17, 2007

GARLAND E. BURRELL, JR.
United States District Judge