IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY HORSTMAN,** | 2:04-CV-1644 GEB DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. CANTU, et al.,** | |
| Defendants. | |

On July 3, 2007, Defendants filed a request for an extension of time to serve their responses to Plaintiff's interrogatories. Good cause appearing, IT IS HEREBY ORDERED that Defendants are granted thirty days, to and including August 2, 2007, to serve their responses to Plaintiff's discovery request.

DATED: July 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/hors1644.36disc