IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY HORSTMAN,

        Plaintiff,                        No. CIV S-04-1644 GEB DAD P

    vs.

J. CANTU, et al.,

        Defendants.             <u>ORDER</u>

_____/

        On June 3, 2008, defendants filed a notice of settlement and a motion to vacate the previously established trial and pretrial dates. Under the terms of the settlement, plaintiff is to sign and return a request for voluntary dismissal, which defendants will hold and file once an agreed upon sum of money has been paid to plaintiff. Defendants agreed that the sum would be paid to plaintiff within ninety days of plaintiff returning the request for voluntary dismissal. Defendants anticipate filing plaintiff's request for voluntary dismissal before the February 24, 2009 trial date. Nevertheless, defendants contend that, if the pretrial and trial dates are not vacated, the parties may be required to expend their time and energy on unnecessary pretrial matters.

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' June 3, 2008 motion to vacate pretrial and trial dates is granted; and

2. The court's May 13, 2008 scheduling order dates related to plaintiff's pretrial statement (September 5, 2008), defendants' pretrial statement (September 12, 2008), pretrial conference (September 19, 2008), trial confirmation hearing (January 16, 2009), and jury trial (February 24, 2009) are vacated. The remainder of the court's May 13, 2008 scheduling order remains in effect. The court will issue a revised scheduling order if necessary at a future date.

DATED: June 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hors1644.vac