IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY HORSTMAN,

      Plaintiff,                      No. CIV S-04-1644 GEB DAD P

    vs.

J. CANTU, et al.,

      Defendants.            <u>ORDER</u>

_____/

        On June 3, 2008, defendants filed a notice of settlement and a motion to vacate pretrial and trial dates. Under the terms of the settlement, plaintiff was to sign and return a request for voluntary dismissal, which defendants were supposed to hold and file once an agreed upon sum of money had been paid to plaintiff. Defendants agreed that the sum would be paid to plaintiff within ninety days of plaintiff returning the request for voluntary dismissal. In light of defendants' notice of settlement, the court vacated pretrial and trial dates.

        More than four months have passed since defendants filed their notice of settlement. However, it does not appear that a final settlement has been reached in this action. Good cause appearing, the court will order defendants to file a declaration advising the court of the status of the parties' settlement agreement in this action.

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that within twenty days
2  of the date of this order defendants shall file a declaration on the status of the parties' settlement
3  in this action.
4  DATED: October 9, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hors1644.status

2