IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY HORSTMAN,

        Plaintiff,                    No. CIV S-04-1644 GEB DAD P

    vs.

J. CANTU, et al.,

        Defendants.            <u>ORDER</u>

/

        Pursuant to a settlement, all parties have stipulated that this action be dismissed with prejudice.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED: November 4, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hors1644.59c